UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:22-cv-81101-SMITH

**NELSON FERNANDEZ**,

    Plaintiff,

vs.

**FLORAL PROMOTIONS, INC.,**
**a Florida for-profit corporation,**

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

    Plaintiff NELSON FERNANDEZ, by and through his undersigned Counsel, and Defendant FLORAL PROMOTIONS, INC., by and through its undersigned Counsel, hereby provides notice that the parties have reached a settlement and will be executing necessary paperwork resolving all claims and matters in the case.  Accordingly, the parties respectfully request that the Court provide the parties fifteen (15) days from the date of filing this Notice to allow the parties to finalize the settlement agreement and file a Stipulation for Dismissal With Prejudice.

    DATED:  September 2, 2022.

    Respectfully submitted,

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** | **LAW OFFICE OF PELAYO DURAN, P.A.** |
| Counsel for Plaintiff | Co-Counsel for Plaintiff |
| 4800 N. Hiatus Road | 4640 N.W. 7th Street |
| Sunrise, FL 33351 | Miami, FL 33126-2309 |
| T. 954/362-3800 | T. 305/266-9780 |
| 954/362-3779 (Facsimile) | 305/269-8311 (Facsimile) |
| Email:  rhannah@rhannahlaw.com | Email: pduran@pelayoduran.com |
| | |
| By____*s/ Roderick V. Hannah*_____ | By ____*s/ Pelayo M. Duran*_____ |
|     RODERICK V. HANNAH |     PELAYO M. DURAN |
|     Fla. Bar No. 435384 |     Fla. Bar No. 0146595 |

**LAW OFFICE OF LOWELL J. KUVIN, LLC**
Counsel for Defendant
17 Flagler Street, Suite 223
Miami, FL  33131
(305) 358-6800
sunny@kuvinlaw.com


By  */s/ Sundeep K. Mullick*
      SUNDEEP K. MULLICK
      Fla. Bar No.18175