UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:22-cv-81101-SMITH

**NELSON FERNANDEZ**,

    Plaintiff,

vs.

**FLORAL PROMOTIONS, INC.,**
**a Florida for-profit corporation,**

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL *WITH PREJUDICE*

Plaintiff NELSON FERNANDEZ, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses Defendant FLORAL PROMOTIONS, INC. as to all of his claims in this action *with prejudice,* with the parties to bear his/their own costs and attorney's fees.

    Dated:  October 17, 2022

    Respectfully submitted,

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** | **LAW OFFICE OF PELAYO DURAN, P.A.** |
| Counsel for Plaintiff | Co-Counsel for Plaintiff |
| 4800 North Hiatus Road | 4640 N.W. 7th Street |
| Sunrise, FL  33351-7919 | Miami, FL 33126-2309 |
| T. 954/362-3800 | T. 305/266-9780 |
| 954/362-3779 (Facsimile) | 305/269-8311 (Facsimile) |
| Email:  rhannah@rhannahlaw.com | Email: pduran@pelayoduran.com |
| By____*s/ Roderick V. Hannah*_____ | By ____*s/ Pelayo M. Duran*_____ |
|     RODERICK V. HANNAH |     PELAYO M. DURAN |
|     Fla. Bar No. 435384 |     Fla. Bar No. 014659 |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 17th day of October, 2022, a true and correct of the foregoing was electronically filed and served via transmission of Notice of Electronic Filing generated by CM/ECF on all counsel or parties of record on the Service List below:

Sundeep K. Mullick, Esq.
AW OFFICE OF LOWELL J. KUVIN, LLC
17 Flagler Street, Suite 223
Mami, FL  33131
(305) 358-6800
sunny@kuvinlaw.com

*Attorneys for Defendant*
*FLORAL PROMOTIONS, INC.*

                                                */s/ Roderick V. Hannah*
                                                    Roderick V. Hannah